UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

JUN 25 2024 PM4:50
FILED-USDC-CT-NEW HAVEN

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR134 (MPS)(TOF) |
| v. | VIOLATIONS: |
| TYSSAN WOODS, a.k.a. "Tigger," and EDUARDO CRUZ | 18 U.S.C. §§ 922(u) and 924(i), (l), and (m) (Theft of Firearms from a Licensee) |
| | 18 U.S.C. §§ 933(a)(1) and (b) (Firearms Trafficking - Transfer) |
| | 18 U.S.C. § 2119(1) (Carjacking) |
| | 18 U.S.C. § 924(c)(1)(A)(ii) (Carrying, Using, and Brandishing a Firearm During and in Relation to a Crime of Violence) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Theft of Firearms from a Licensee)

1.      On or about March 15, 2024, in the District of Connecticut, the defendants TYSSAN WOODS, a.k.a. "Tigger," and EDUARDO CRUZ, together with others both known and unknown to the Grand Jury, did knowingly and intentionally steal, unlawfully take, and carry away from the premises of a licensed firearms dealer, that is, Statewide Pawn Shop, Federal Firearms License Number #-##-02801, firearms in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce, specifically:

   a. Smith & Wesson, Model SW22 Victory, .22 caliber Pistol, SN# UEP4801;

b. Sig Sauer (Sig-Arms), 9mm Pistol, SN# 55B059453;

c. AMT – California (Arcadia Machine & Tool), Model Lightning, .22 caliber Pistol, SN# G13520;

d. Sig Sauer (Sig-Arms), 45mm Pistol, SN# 37A014681;

e. Ruger, Model LCP II, .22 caliber Pistol, SN# 381047329;

f. Sig Sauer (Sig-Arms), Model P220 Legion, 10mm Pistol, SN# 37F000059;

g. Sig Sauer (Sig-Arms), Model P229 Legion, 9mm Pistol, SN# 55E063510;

h. Sig Sauer (Sig-Arms), Model P226 Legion, 9mm Pistol, SN# 47E107744;

i. Smith & Wesson, Model 41, .22 caliber Pistol, SN# A572362;

j. Walther, Model PPK/S, .380 caliber Pistol, SN# S028288;

k. Sig Sauer (Sig-Arms), Model P938, 9mm Pistol, SN# 52G012948;

l. FNH USA, LLC, Model FNP45, 45mm Pistol, SN# 61DMN01473;

m. Sig Sauer (Sig-Arms), Model P365, 9mm Pistol, SN# 66B730463;

n. Browning, Model Buck Mark, .22 caliber Pistol, SN# US515YY26456;

o. Sig Sauer (Sig-Arms), Model P320C, 9mm Pistol, SN# 58J487996;

p. Smith & Wesson, Model M&P 15-22, .22LR Rifle, SN# LBF8582;

q. Kriss USA INC. (Transformational Defense Ind.), Model Kriss Vector CRB, 0.22LR Rifle, SN# 22VC004866;

r. Kriss USA INC. (Transformational Defense Ind.), Model Kriss Vector CRB, 0.22LR Rifle, SN# 22VC0048145;

s. Sig Sauer (Sig-Arms), Model P229 Legion, 9mm Pistol, SN# 55E064541;

t. Smith & Wesson, Model SW22 Victory, .22 caliber Pistol, SN# UEL0343; and

u. Ruger, Model Mark II, .22 caliber Pistol, SN# 213-91266.

In violation of Title 18, United States Code, Sections 922(u), 924(i), 924(l), and 924(m), and Section 2.

## COUNT TWO
(Firearms Trafficking - Transfer)

2. On or about March 15, 2024, in the District of Connecticut, the defendant EDUARDO CRUZ, together with another individual unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit: a Smith & Wesson, Model SW22 Victory, .22 caliber Pistol, SN# UEL0343; a FNH USA, LLC, Model FNP45, 45mm pistol, SN# 61DMN01473; and a Kriss USA INC. (Transformational Defense Ind.), Model Kriss Vector CRB, 0.22LR Rifle, SN# 22VC0048145, to a third individual, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by the third individual would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b), and Section 2.

## COUNT THREE
(Firearms Trafficking- Transfer)

3. On or about March 18, 2024, in the District of Connecticut, the defendant EDUARDO CRUZ, together with other individuals known to the Grand Jury, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit: a Sig Sauer (Sig-Arms), Model P226 Legion, 9mm Pistol, SN# 47E107744; a Sig Sauer (Sig-Arms), 9mm Pistol, SN# 55B059453; and a Sig Sauer (Sig-Arms), Model P938, 9mm Pistol, SN# 52G012948, to a third individual, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by the third individual would constitute a felony, as defined in Title 18, United States Code, Section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b), and Section 2.

## COUNT FOUR
(Carjacking)

4.  On or about March 28, 2024, in the District of Connecticut, the defendant TYSSAN WOODS, a.k.a. "Tigger," and another individual whose identity is unknown to the Grand Jury, took, and knowingly aided and abetted each other to take, a motor vehicle, that is, a 2019 blue Audi e-tron bearing Connecticut registration number BH-79494, which had been transported, shipped, and received in interstate and foreign commerce from the person and in the presence of Victim 1, whose identity is known to the Grand Jury, by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1) and Section 2.

## COUNT FIVE
(Carjacking)

5.  On or about March 28, 2024, in the District of Connecticut, the defendant TYSSAN WOODS, a.k.a. "Tigger," and another individual whose identity is unknown to the Grand Jury, took, and knowingly aided and abetted each other to take, a motor vehicle, that is, a 2019 white Maserati Ghibli bearing New York registration number LAS-6293, which had been transported, shipped, and received in interstate and foreign commerce from the person and in the presence of Victim 2, whose identity is known to the Grand Jury, by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1) and Section 2.

## COUNT SIX
(Carrying, Using, and Brandishing a
Firearm During and in Relation to a Crime of Violence)

6. On or about March 28, 2024, in the District of Connecticut, the defendant TYSSAN WOODS, a.k.a. "Tigger," did knowingly carry, use, and brandish a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Carjacking, in violation of Title 18, United States Code, Section 2119(1), as set forth in Count Five of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION
(Firearms Offenses)

7. Upon conviction of one or more of the firearms offenses alleged in Counts One and Six of this Indictment, the defendants TYSSAN WOODS, a.k.a. "Tigger," and EDUARDO CRUZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28, United States Code, Section 2461(c), any firearms and all associated ammunition involved in the commission of the offenses, including but not limited to the firearms specified in paragraph 1(a)-(u) of Count One of this Indictment.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearms Trafficking Offenses)

8. Upon conviction of one or more of the firearms trafficking offenses alleged in Counts Two and Three of this Indictment, the defendant EDUARDO CRUZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28,

United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933(a)(1), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations, including but not limited to the following: a Smith & Wesson, Model SW22 Victory, .22 caliber Pistol, SN# UEL0343; a FNH USA, LLC, Model FNP45, 45mm Pistol, SN# 61DMN01473; a Kriss USA INC. (Transformational Defense Ind.), Model Kriss Vector CRB, 0.22LR Rifle, SN# 22VC0048145; a Sig Sauer (Sig-Arms), Model P226 Legion, 9mm Pistol, SN# 47E107744; a Sig Sauer (Sig-Arms), 9mm Pistol, SN# 55B059453; and a Sig Sauer (Sig-Arms), Model P938, 9mm Pistol, SN# 52G012948.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Carjacking Offenses)

9.    Upon conviction of one or more of the carjacking offenses alleged in Counts Four and Five of this Indictment, the defendant TYSSAN WOODS, a.k.a. "Tigger," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(5)(C), all right, title, and interest in any and all property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, from a violation of Title 18, United States Code, Section 2119.

10.    If any such forfeitable property, as the result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred to, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially

diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 982(a)(5)(C); Title 21, United States Code, Section 853; Title 28, United States Codes, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

SEAN MAHARD
ASSISTANT UNITED STATES ATTORNEY

7